**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

JOHN W. WHITEHURST and
GEORGE T. WHITEHURST,

      Plaintiffs,

v.                                            CIVIL ACTION NO. 1:07-CV-6
                                                  (BAILEY)

DOMINION EXPLORATION &
PRODUCTION, INC.,

      Defendant.

## ORDER GRANTING PARTIES' JOINT MOTION
## TO APPEAR BY TELEPHONE

On this day, the above-styled matter came before the Court for consideration of the parties' joint motion to appear at the August 24, 2007, scheduling conference by telephone [Doc. 13]. Upon review of the plaintiff's motion, it is the opinion of this Court that the motion [Doc. 13] should be, and is, hereby **GRANTED**.

As a final matter, the Court shall make all necessary telephone conferencing arrangements for this hearing.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 14, 2007.

                                                    JOHN PRESTON BAILEY
                                                    UNITED STATED DISTRICT JUDGE